**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C.C.S., *et al.*,<br>  Plaintiffs,<br>   v.<br>CHAD WOLF, Acting Secretary, Department of Homeland Security, *et al.*,<br>  Defendants. | Case No.: CV 18-10759-DMG (MRWx)<br><br>**ORDER [60]** |

| | |
|---|---|
| 1 | Having reviewed the parties' stipulation indicating that they have reached a |
| 2 | settlement in principle [Doc. # 60], the Court hereby places this action in inactive |
| 3 | status.  By **June 22, 2020**, the parties shall file either (1) a stipulation and proposed |
| 4 | order for dismissal of the action or judgment, or (2) a motion to reopen if |
| 5 | settlement has not been consummated.  Upon the failure to timely comply with this |
| 6 | Order, this action shall be deemed dismissed as of **June 23, 2020**. |
| 7 | This Court retains full jurisdiction over this action and this Order shall not |
| 8 | prejudice any party to this action.  All dates and deadlines, other than those |
| 9 | specified herein, are **VACATED**. |
| 10 | IT IS SO ORDERED. |

DATED:  February 13, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE