1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| A.C.C.S., *et al.*, | Case No.: CV 18-10759-DMG (MRWx) |
|---|---|
| Plaintiffs, <br> v. <br> CHAD WOLF, Acting Secretary, Department of Homeland Security, *et al.*, <br> Defendants. | **ORDER APPROVING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [68]** |

1  The Court, having read and considered the Voluntary Dismissal Pursuant to
2  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Stipulation"), hereby
3  APPROVES the Stipulation.
4  IT IS HEREBY ORDERED that:
5  All of Plaintiffs' claims in this action are dismissed with prejudice, with
6  each party to bear its own costs, expenses, and attorneys' fees.  Nothing in this
7  judgment shall have any preclusive effect on A.C.C.S.'s family member for whom
8  A.C.C.S. filed a derivative U-visa petition, who is not a party to this action and
9  does not have any claims under Plaintiffs' Complaint.
10  **IT IS SO ORDERED.**
11
12  DATED:  November 17, 2020        _____
13                                    DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE